# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CR-00012-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEVIN JEROME GAITHER,<br><br>Defendant.<br><br>---<br><br>IN RE: PETITION OF ANTOINE TYLER. | **ORDER** |

**THIS MATTER** is before the Court upon its own motion. The Government has filed a Motion to Dismiss the Petition of Antoine Tyler, (Doc. No. 45), filed on February 7, 2020. The Court hereby advises Petitioner Antoine Tyler, who is proceeding *pro se*, of his right to respond to the Government's motion. The Court also advises Petitioner Antoine Tyler that failure to respond to the Government's Motion to Dismiss may result in the Government being granted the relief it seeks—the dismissal of his Petition.

**IT IS THEREFORE ORDERED** that Petitioner Antoine Tyler shall respond to the pending Motion to Dismiss the Petition, (Doc. No. 45), within 14 days of the issuance of this Order. Failure to file a timely response may lead to the dismissal of his Petition.

**SO ORDERED.**

Signed: March 27, 2020

Kenneth D. Bell
United States District Judge